```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

|   |   |   |
|---|---|---|
| GARY L. WILSON, | : | |
| | : | No. 23-cv-3460 (NLH)(AMD) |
| Plaintiff, | : | |
| | : | |
| v. | : | MEMORANDUM OPINION |
| | : | |
| EUGENE CALDWELL, II, et al., | : | |
| | : | |
| Defendants. | : | |

IT APPEARING THAT:

1. Plaintiff Gary L. Wilson filed a complaint under 42 U.S.C. § 1983. ECF No. 1.

2. The Court allowed the complaint to proceed on July 28, 2023. ECF No. 5.

3. On September 18, 2023, mail sent to Plaintiff at his address of record was returned as undeliverable. ECF No. 6. The return sticker stated "Return to Sender. Not Deliverable as Addressed. Unable to Forward." Id.

4. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

1

  5. The Clerk of the Court will be ordered to administratively terminate this case.  Plaintiff may reopen this matter by submitting his updated address.

  6. An appropriate order follows.


Dated: September 21, 2023    s/ Noel L. Hillman
At Camden, New Jersey     NOEL L. HILLMAN, U.S.D.J.